COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS



§

Armando Iglesias,                      §         No. 08-16-00311-CR

         Appellant,         §         Appeal from the

v.                           §        384th District Court

The State of Texas,            §       of El Paso County, Texas

         State.             §       (TC# 20160D03284)

§

# **O R D E R**

The Court GRANTS the Appellant's third motion for extension of time to file the brief until **June 1, 2017.**  NO FURTHER MOTIONS FOR EXTENSION OF TIME TO FILE THE APPELLANT'S BRIEF WILL BE CONSIDERED BY THIS COURT.

It is further ORDERED that the Hon. Francisco F. Macias, the Appellant's Attorney, prepare the Appellant's brief and forward the same to this Court on or before **June 1, 2017.**

IT IS SO ORDERED this 18th day of April, 2017.

PER CURIAM

Before McClure, C.J., Rodriguez and Palafox, JJ.